**No. 09-7895. Jerry Lee Zuniga, Petitioner v. United States.**

560 U.S. 954, 130 S. Ct. 3384, 177 L. Ed. 2d 305, 2010 U.S. LEXIS 4622.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 579 F.3d 845.